THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Joe Bruce
 Thigpen, Appellant.
 
 
 

Appeal From Charleston County
 Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2009-UP-107
 Submitted February 2, 2009  Filed March
2, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston, for
 Respondent.
 
 
 

PER CURIAM:  A
 jury found Joe Bruce Thigpen guilty of three counts of first-degree criminal
 sexual conduct with a minor and committing a lewd act on a minor.  Thigpen argues the trial judge erred in refusing to
 grant his motion for a directed verdict.  After a thorough review of the record and counsel's brief pursuant
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Thigpen's appeal and grant
 counsel's motion to be relieved.[1] 
APPEAL DISMISSED.
SHORT,
 THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.